UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04364-RGK-PLA | Date | July 1, 2022 |
|---|---|---|---|
| Title | *Ascentium Capital, LLC v. Tarzana Medical Urgent Care et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

Not Present                          Not Present

**Proceedings:**       (IN CHAMBERS) Order Remanding Action to State Court

On June 26, 2022, Defendants removed this action on diversity jurisdiction grounds (28 U.S.C. § 1332). (*See* Notice of Removal, ECF No. 1.) In their notice of removal, Defendants state that they are citizens of California. (*Id.* ¶¶ 23, 24.) Title 28 U.S.C. § 1441(b)(2) provides that a case may not be removed on diversity grounds if any defendant is a citizen of the State in which the action is brought. Violation of "this rule is a waivable defect in the removal process that cannot form the basis for a district court's *sua sponte* remand order." *Lively v. Wild Oats Mkts., Inc.*, 456 F.3d 933, 936 (9th Cir. 2006). But here, Plaintiff has not waived this defect. Instead, Plaintiff filed a request and a separate motion to remand the case. (*See* ECF Nos. 7, 10.) The Court hereby **GRANTS** Plaintiff's request (ECF No. 7), **DENIES** Plaintiff's motion (ECF No. 10) **as moot**, and **REMANDS** the action to state court for all further proceedings.

**IT IS SO ORDERED.**

cc: Superior Court of California County of Los Angeles, 21STCV34431

                                                    _____ : _____
                         Initials of Preparer           jre/k